## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| FRANKIE G. BURTON, | : No. 29 MAP 2023 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court at No. 509 |
| | : MD 2022 dated February 22, 2023. |
| v. | : |
| | : |
| | : |
| GEORGE M. LITTLE, ACTING | : |
| SECRETARY OF CORRECTIONS; | : |
| SUPERINTENDENT, KLINEFELTER, OF | : |
| SCI-HOUTZDALE PRISON, INDIVIDUALLY | : |
| AND IN THEIR OFFICIAL CAPACITY: THE | : |
| CONTRACTED MEDICAL SERVICE, | : |
| CORRECT CARE SOLUTIONS; THE | : |
| REGIONAL MEDICAL DIRECTOR'S OF | : |
| CORRECT CARE SOLUTIONS; MS. TERRI | : |
| SCHERING'S, CHCA; DR. ANJI; MS. | : |
| DEANNA DELLA TORRE; CASEY JAMES | : |
| (PHYSICIAN ASSISTANTS); J. ALTIUM'S | : |
| (HEAD NURSE) (NON-DEPARTMENT | : |
| EMPLOYEES OF CORRECT CARE | : |
| SOLUTIONS), INDIVIDUALLY AND IN | : |
| THEIR OFFICIAL CAPACITY; C/O | : |
| SWARDEN (CORRECTIONAL OFFICER), | : |
| EMPLOYED BY THE DEPARTMENT OF | : |
| CORRECTIONS, INDIVIDUALLY AND IN | : |
| HIS OFFICIAL CAPACITY, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**                                        **DECIDED:  October 18, 2023**

   **AND NOW,** this 18th day of October, 2023, the order of the Commonwealth Court

is AFFIRMED.